**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 11-CR-20233

MICHAEL HENRY,

    Defendant.
                                                                    /

**ORDER PERMITTING SUBSTITUTION OF COUNSEL**

Before the court is the stipulation of the parties to substitute Carl Jordan in the place of Ben Gonek as counsel for the defendant.

IT IS ORDERED that Carl Jordan shall be substituted in the place and stead of Ben Gonek as counsel for Defendant, Michael Henry.

IT IS FURTHER ORDERED, consistent with the provisions of the Local Rules of this district, that unless counsel is permitted for good cause to withdraw or is succeeded by subsequent counsel, he shall continue to represent the defendant until (a) the case is dismissed, (b) the defendant is acquitted, or (c) the direct appeal is completed. (E.D. Mich LCrR 57.1)

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: October 13, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 13, 2011, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522